No. 90–5819. BELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–5850. SHEDELBOWER v. ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–5907. STANLEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 90–5924. CLARK v. NICHOLS ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5936. SANTOS HERNANDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5959. PEREZ-MORALES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–5968. MARSHALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5978. GOMEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6002. MacKENZIE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6027. PRIETO v. GLUCH, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6034. SANDERS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6043. LEON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6048. WARE v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 90–6064. PAYNE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 90–6071. BULLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.